| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-11289-PMM**

Fred Michael Salgado  
608 Main Street  
Hellertown  PA    18055

Petition Filed Date: 05/19/2022  
341 Hearing Date: 06/28/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/22/2022 | $1,000.00 | 27737060984 | 06/22/2022 | $120.00 | 27737060973 | 07/19/2022 | $120.00 | 28215046495 |
| 07/19/2022 | $1,000.00 | 28215046473 | | | | | | |

**Total Receipts for the Period:  $2,240.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,240.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PEOPLE FIRST FCU<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $22,261.03 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $3,869.29 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $25,834.07 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA<br>»» 005 | Unsecured Creditors | $1,468.37 | $0.00 | $0.00 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $6,137.23 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA  N.A.<br>»» 007 | Mortgage Arrears | $816.46 | $0.00 | $0.00 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $2,620.08 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $4,131.09 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $786.48 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11289-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,240.00 | Current Monthly Payment: | $1,120.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $179.20 | Total Plan Base: | $67,200.00 |
| Funds on Hand: | $2,060.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.