United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11289-pmm
Fred Michael Salgado  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Sep 29, 2022      Form ID: 155      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fred Michael Salgado, 608 Main Street, Hellertown, PA 18055-1726 |
| 14692103 | + | Frederic I. Weinberg & Associates, PC, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14692104 | + | Mark Bauder, 2452 Wassergrass Road, Hellertown, PA 18055-2112 |
| 14692107 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First Federal Credit Union, 2141 Downyflake Lane, Allentown, PA 18103 |
| 14692106 | + | Paul Salgado, 259 Main Street, Rear Apartment, Hellertown, PA 18055-1752 |
| 14692111 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14692097 | | Email/Text: legal@arsnational.com | Sep 29 2022 23:51:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14693937 | ^ | MEBN | Sep 29 2022 23:50:12 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14692098 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2022 23:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14692099 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2022 23:51:00 | Bank of America, Attn: Bankruptcy NC4-105-02-77, PO Box 26012, Greensboro, NC 27420-6012 |
| 14694828 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2022 23:51:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14697416 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2022 00:06:52 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14692100 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2022 23:56:36 | Citibank, NA, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14692101 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2022 23:56:36 | Citibank/Goodyear, Attn: Bnakruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14692102 | | Email/Text: BNSFS@capitalsvcs.com | Sep 29 2022 23:51:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14694503 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14693706 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2022 23:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14692105 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2022 23:51:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 29, 2022 | Form ID: 155 | Total Noticed: 25

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14697795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 23:56:39 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14707264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 23:56:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14692108 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:35 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14707162 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2022 23:56:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14692617 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2022 23:56:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692109 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2022 23:56:35 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14692110 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2022 23:56:35 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14705037 | * | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY ZAWARSKI | on behalf of Debtor Fred Michael Salgado zzawarski@zawarskilaw.com |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Fred Michael Salgado
      Debtor(s)

Chapter: 13
Bankruptcy No: 22−11289−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 29th day of September 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Patricia M. Mayer
                                                Judge ,
                                                United States Bankruptcy Court