Certificate Number: 17572-PAE-DE-037124182

Bankruptcy Case Number: 22-11289



17572-PAE-DE-037124182

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2023, at 5:20 o'clock PM PST, Fred M Salgado completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 21, 2023              By:    /s/Benjamin E Wunsch

                                      Name:  Benjamin E Wunsch

                                      Title: Counselor