## IN THE UNITED STATES BANKRUPTCY COURT FOR
### EASTERN        DISTRICT OF PENNSYLVANIA
### READING        DIVISION

In re

FRED MICHAEL SALGADO

|                                          | In Chapter 13 Proceeding |
|                                          | Case No. 22-11289 |

Debtors.

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank   c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 5/20/2022   Docket Number 9  .

Dated:  This 10 th day of July   , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

ZACHARY ZAWARSKI
Attorney

SCOTT WATERMAN
Chapter 13  Trustee

Dated:  This 10 th day of July , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257