Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
Chapter 13 Case No. 22-11289-PMM

Fred Michael Salgado  
608 Main Street  
Hellertown  PA    18055

Petition Filed Date: 05/19/2022  
341 Hearing Date: 06/28/2022  
Confirmation Date: 09/29/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $120.00 | 19391357254 | 08/23/2022 | $500.00 | 19391357253 | 08/23/2022 | $500.00 | 19391357252 |
| 09/20/2022 | $1,000.00 | 27737064393 | 09/20/2022 | $310.00 | 27737064382 | 10/19/2022 | $310.00 | 27737067903 |
| 10/19/2022 | $1,000.00 | 27737067892 | 11/21/2022 | $1,000.00 | 27737070017 | 11/21/2022 | $310.00 | 27737070006 |
| 12/22/2022 | $1,000.00 | 27737070693 | 12/22/2022 | $310.00 | 27737070704 | 01/18/2023 | $310.00 | 27737072201 |
| 01/18/2023 | $1,000.00 | 27737072212 | 02/21/2023 | $310.00 | 27737074440 | 02/21/2023 | $1,000.00 | 27737074438 |
| 03/15/2023 | $1,000.00 | 28651576858 | 03/15/2023 | $310.00 | 28651576860 | 04/18/2023 | $310.00 | 23843027744 |
| 04/18/2023 | $1,000.00 | 23843027733 | 05/17/2023 | $310.00 | 28651575993 | 05/17/2023 | $1,000.00 | 28651575982 |
| 06/14/2023 | $1,000.00 | 28651580774 | 06/14/2023 | $310.00 | 28651580785 | 07/14/2023 | $310.00 | 28651582091 |
| 07/14/2023 | $1,000.00 | 28651582080 | | | | | | |

**Total Receipts for the Period: $15,530.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,770.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | PEOPLE FIRST FCU<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»»  002 | Unsecured Creditors | $22,261.03 | $4,471.47 | $17,789.56 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»»  003 | Unsecured Creditors | $3,869.29 | $777.19 | $3,092.10 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $25,834.07 | $5,189.16 | $20,644.91 |
| 5 | BANK OF AMERICA<br>»»  005 | Unsecured Creditors | $1,468.37 | $294.92 | $1,173.45 |
| 6 | CITIBANK NA<br>»»  006 | Unsecured Creditors | $6,137.23 | $1,232.75 | $4,904.48 |
| 7 | BANK OF AMERICA  N.A.<br>»»  007 | Mortgage Arrears | $816.46 | $816.46 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»»  008 | Unsecured Creditors | $2,620.08 | $526.27 | $2,093.81 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $4,131.09 | $829.80 | $3,301.29 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $786.48 | $157.97 | $628.51 |

**Chapter 13 Case No. 22-11289-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,770.00 | Current Monthly Payment: | $1,310.00 |
| Paid to Claims: | $16,295.99 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,474.00 | Total Plan Base: | $78,030.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.