Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-11289-PMM**

Fred Michael Salgado
608 Main Street
Hellertown  PA     18055

Petition Filed Date: 05/19/2022
341 Hearing Date: 06/28/2022
Confirmation Date: 09/29/2022

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $310.00 | 19547689358 | 08/21/2023 | $500.00 | 19547689357 | 08/21/2023 | $500.00 | 19547689356 |
| 09/21/2023 | $310.00 | 28651586016 | 09/21/2023 | $1,000.00 | 28651586005 | 10/19/2023 | $310.00 | 28651586602 |
| 10/19/2023 | $1,000.00 | 28651586591 | 11/21/2023 | $310.00 | 19547688757 | 11/21/2023 | $500.00 | 19547688756 |
| 11/21/2023 | $500.00 | 19547688755 | 12/13/2023 | $310.00 | 28651589245 | 12/13/2023 | $1,000.00 | 28651589234 |
| 01/17/2024 | $1,000.00 | 28651589627 | 01/17/2024 | $310.00 | 28651589638 | 02/21/2024 | $1,000.00 | 28651593802 |
| 02/21/2024 | $310.00 | 28651593813 | 03/25/2024 | $310.00 | 28651595556 | 03/25/2024 | $1,000.00 | 28651595545 |
| 04/19/2024 | $1,000.00 | 28651595951 | 04/19/2024 | $310.00 | 28651595962 | 05/20/2024 | $310.00 | 28651598662 |
| 05/20/2024 | $1,000.00 | 28651598651 | 06/18/2024 | $1,000.00 | 28651599538 | 06/18/2024 | $310.00 | 28651599540 |
| 07/16/2024 | $310.00 | 28651597424 | 07/16/2024 | $1,000.00 | 28651597413 | | | |

**Total Receipts for the Period:  $15,720.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $34,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | PEOPLE FIRST FCU<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $22,261.03 | $9,173.36 | $13,087.67 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $3,869.29 | $1,594.46 | $2,274.83 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $25,834.07 | $10,645.72 | $15,188.35 |
| 5 | BANK OF AMERICA<br>»» 005 | Unsecured Creditors | $1,468.37 | $605.09 | $863.28 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $6,137.23 | $2,529.01 | $3,608.22 |
| 7 | BANK OF AMERICA  N.A.<br>»» 007 | Mortgage Arrears | $816.46 | $816.46 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $2,620.08 | $1,079.66 | $1,540.42 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $4,131.09 | $1,702.37 | $2,428.72 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $786.48 | $324.10 | $462.38 |

**Chapter 13 Case No. 22-11289-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,800.00 | Current Monthly Payment: | $1,310.00 |
| Paid to Claims: | $30,470.23 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,150.77 | Total Plan Base: | $78,030.00 |
| Funds on Hand: | $1,179.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.