# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Fred Michael Salgado<br><br>                    Debtor(s)<br><br>BANK OF AMERICA, N.A., or its Successor or Assignee<br><br>                    Movant<br>        vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Fred Michael Salgado<br>Respondent(s) | Chapter 13<br>Bankruptcy No. 22-11289 |

## PRAECIPE TO WITHDRAW BANK OF AMERICA, N.A.'S NOTICE OF MORTGAGE PAYMENT CHANGE

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw BANK OF AMERICA, N.A.'s Notice of Mortgage Payment Change filed on 04/22/2025, without prejudice.

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for BANK OF AMERICA, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

Date: 07/15/25

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Fred Michael Salgado<br><br>                         Debtor(s)<br><br>BANK OF AMERICA, N.A., or its Successor or Assignee<br>                         Movant<br>              vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Fred Michael Salgado<br>Respondent(s) | Chapter 13<br>Bankruptcy No. 22-11289 |

## CERTIFICATION OF SERVICE

I, Andrew M. Lubin, attorney for the Movant, BANK OF AMERICA, N.A., hereby certify that I served a true and correct copy of the Praecipe to Withdraw BANK OF AMERICA, N.A.'s Notice of Mortgage Payment Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date of Service:   07/15/25

Fred Michael Salgado
608 Main Street
Hellertown, PA 18055
Via United States Mail

ZACHARY ZAWARSKI
The Law Office of Zachary Zawarski
3001 Easton Avenue
Bethlehem, PA 18017
Via United States Mail

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via United States Mail

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830

ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for BANK OF AMERICA, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com