Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 22-11289-PMM**

Fred Michael Salgado  
608 Main Street  
Hellertown  PA    18055

Petition Filed Date: 05/19/2022  
341 Hearing Date: 06/28/2022  
Confirmation Date: 09/29/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | $310.00 | 29445216118 | 08/22/2024 | $1,000.00 | 29445216107 | 09/18/2024 | $310.00 | 29388652468 |
| 09/18/2024 | $1,000.00 | 29388652457 | 10/18/2024 | $310.00 | 29388654066 | 10/18/2024 | $1,000.00 | 29388654055 |
| 11/14/2024 | $310.00 | 29388655078 | 11/14/2024 | $1,000.00 | 29388655067 | 12/12/2024 | $310.00 | 29388657655 |
| 12/12/2024 | $1,000.00 | 29388657644 | 02/05/2025 | $310.00 | 29388658421 | 02/05/2025 | $1,000.00 | 29388658410 |
| 02/24/2025 | $310.00 | 29388659940 | 02/24/2025 | $1,000.00 | 29388659938 | 04/01/2025 | $1,000.00 | 29388661751 |
| 04/01/2025 | $310.00 | 29388661762 | 04/23/2025 | $310.00 | 29388662763 | 04/23/2025 | $1,000.00 | 29388660873 |
| 05/20/2025 | $310.00 | 29388664708 | 05/20/2025 | $1,000.00 | 29388664697 | 06/18/2025 | $1,000.00 | 29388666431 |
| 06/18/2025 | $310.00 | 29388666442 | 07/21/2025 | $310.00 | 29388666587 | 07/21/2025 | $1,000.00 | 29388666576 |

**Total Receipts for the Period: $15,720.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $50,520.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | PEOPLE FIRST FCU<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $22,261.03 | $14,396.71 | $7,864.32 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $3,869.29 | $2,502.36 | $1,366.93 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $25,834.07 | $16,707.48 | $9,126.59 |
| 5 | BANK OF AMERICA<br>»» 005 | Unsecured Creditors | $1,468.37 | $949.62 | $518.75 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $6,137.23 | $3,969.07 | $2,168.16 |
| 7 | BANK OF AMERICA  N.A.<br>»» 007 | Mortgage Arrears | $816.46 | $816.46 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $2,620.08 | $1,694.43 | $925.65 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $4,131.09 | $2,671.68 | $1,459.41 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $786.48 | $508.64 | $277.84 |

**Chapter 13 Case No. 22-11289-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,520.00 | Current Monthly Payment: | $1,310.00 |
| Paid to Claims: | $46,216.45 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,303.54 | Total Plan Base: | $78,030.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.